UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AKIVA ISRAEL,

        Plaintiff,

    v.

ROBERT SALINAS, et al.,

        Defendants.

Case No. 24-cv-08818-JD

**ORDER REFERING CASE TO THE FEDERAL PRO BONO PROJECT STAYING CASE AND DEPOSITION**

Re: Dkt. Nos. 51, 53, 54, 55, 60, 61, 62, 63

Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983. The Court granted and denied in part defendants' motion to dismiss on exhaustion grounds. Several defendants were dismissed, and the remaining defendants were ordered to file a dispositive motion. The Court also denied plaintiff's request to appoint counsel for the limited purpose of representing her at a deposition. Defendants argued that they had unsuccessfully attempted to depose plaintiff on three occasions, and the Court granted their motion to compel plaintiff to sit and participate in the next deposition. The Court noted that plaintiff had an extensive litigation history and had previously sat for depositions. Plaintiff has now filed several motions for reconsideration of the order denying the appointment of counsel and to stay the deposition.

In the motions for reconsideration, plaintiff emphasizes that this case involves allegations of sexual assault by another inmate, thus it will be different from depositions or litigation in her other cases. She has expressed concern that being questioned by an attorney may be traumatizing, especially due to her extensive mental health issues. She is also concerned that she will not be able to protect the record due to the distressing subject matter. The Court has reviewed plaintiff's other cases, and this is the only case with such sensitive subject matter and a pending deposition.

In light of plaintiff's status as a pro se litigant who is incarcerated, and the sensitive and highly personal subject matter of her claims, the motions for reconsideration are granted and the motion to appoint counsel is granted. The appointment is solely for purposes of representing plaintiff at the deposition.

Consequently, the motions for reconsideration and to postpone the deposition (Dkt. Nos. 53, 55, 60, 61, 63) are granted. The order (Dkt. No. 52) compelling plaintiff to participate in the deposition is vacated. The deposition and this case are stayed while the Court attempts to find counsel for plaintiff, solely for purposes of the deposition. The remaining motions (51, 54, 62) are vacated.

The Court finds that exceptional circumstances exist to warrant appointment of counsel if one can be found. Consequently, the case is referred to the Federal Pro Bono Project. The Clerk of Court is requested to forward to the Federal Pro Bono Project: (a) a copy of this order, (b) a copy of the docket sheet, and (c) a copy of the complaint and relevant court orders. When the Federal Pro Bono Project reports that an attorney has been located to represent plaintiff, that attorney will be appointed. The case is stayed pending further order.

**IT IS SO ORDERED.**

Dated: January 28, 2026

JAMES DONATO
United States District Judge

United States District Court
Northern District of California