UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AKIVA ISRAEL,

        Plaintiff,

    v.

ROBERT SALINAS, et al.,

        Defendants.

Case No.  24-cv-08818-JD

**ORDER RE COUNSEL AND STAY**

With the assistance of the Federal Pro Bono Project, the Court appoints the following attorneys on a limited engagement basis to represent plaintiff in her deposition.  The attorneys have no other obligations with respect to representation of plaintiff, and their appointment as counsel will terminate upon completion of the deposition.

Xinying Valerian (California SBN 254890)    Valerian Law, PC
Salina Isaq (California SBN 346159)       2222 Harold Way
Felicia Medina (California SBN 255804)    Berkeley, CA 94704

The deposition should be completed by June 26, 2026.  The case is stayed in all other respects pending further order.

**IT IS SO ORDERED.**

Dated: February 25, 2026

_____

JAMES DONATO
United States District Judge